UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>William E. Freeman | Case No.: 22-19677<br>Chapter: 13<br>Judge: MBK |

## NOTICE OF PROPOSED PRIVATE SALE

__William E. Freeman__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __4/12/2023__ at __9__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 254 Beacon Hill Road
Califon, NJ 07853

Proposed Purchaser: Andrea Freeman

Sale price: 630,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Leena R. Patel
Amount to be paid: $1,100
Services rendered: Reprenting seller in the real estate transaction

Name of Professiona: Thomas Stretton
Amount to be paid: $28,350.00
Services: Realtor handling the transaction

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Karina Pia Lucid, Esq.

Address: 1065 Route 22 West, Suite 2B, Bridgewater, NJ 07853

Telephone No.: 908-350-7505

*rev.8/1/15*