UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KARINA PIA LUCID, ESQ. LLC**
1065 Route 22 West, Suite 2B
Bridgewater, New Jersey 08807
Tel: 908-350-7505
Email: Klucid@karinalucidlaw.com

Karina Pia Lucid, Esq. Counsel for the Debtor,
William E. Freeman,

In Re:

William E. Freeman, Debtor(s)

| | |
|---|---|
| Case No.: | 22-19677 |
| Chapter: | 13 |
| Adv. No.: | n/a |
| Hearing Date: | 5/10/23 |
| Judge: | MBK |

## CERTIFICATION OF SERVICE

1.  I, _____Annaliesa Gubista_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Karina Pia Lucid_____, who represents
    _____William E. Freeman,_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On __MAY 1, 2023_____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.

    -Notice of Chapter 13 Plan Transmittal
    -MODIFIED PLAN
    -Certificate of Service

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: ___5/1/2023_____        /s/ Annaliesa Gubista_____
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ALBERT RUSSO, TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650 | TRUSTEE | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| STATE OF NEW JERSEY TRESURER<br>125 WEST STATE STREET Trenton, NJ 08608 | CREDITOR | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Schiller, Knapp, Lefkowitz & Hertzel LLP<br>950 New London Road<br>Suite 109<br>Latham, NY 12110-2100 | ATTORNEY SECURED CREDITOR | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pitney Hardin Kipp & Szuch LLP<br>attn: Janice Forman LA; Park Avenue at M PO Box 1945<br>Morristown, NJ 07962-1945 | ATTORNEY FOR SECURED CREDITOR | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| IRS/CENTRALIZED INSOLVENCY OPERATION PO Box 7346<br>Philadelphia, PA 19101 | CREDITOR | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fb&T/Mercury<br>2220 6th St<br>Brookings, SD 57006 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| ATTN: MANAGING AGENT, PRESIDENT, OR OFFICER<br>Noah Bank<br>7301 Old York Road<br>Elkins Park, PA 19027 | SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| ATTN: MANAGING AGENT, PRESIDENT, OR OFFICER<br>M&T Bank<br>P.O. Box 62182<br>Baltimore, MD 21264-2182 | SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| ATTN: MANAGING AGENT, PRESIDENT, OR OFFICER<br>Hudson City Savings Bank<br>West 80 Century Road Paramus, NJ 07652 | SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| ATTN: MANAGING AGENT, PRESIDENT, OR OFFICER<br>Bank Of America, N.A.<br>4909 Savarese Cir<br>Tampa, FL 33634 | SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |

*rev.8/1/16*