UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: Honorable Michael B. Kaplan
_____

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☐ Withdrawn

Matter: ___Objection to Motion to Sell 254 Beacon Hill Road, Califon NJ 07830, related to document 48.___

_____

Date: __05/23/2023_____        __/s/ William M.E. Powers, III_____
                                                                                    Signature

*rev.8/1/15*

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2023-0203<br><br>POWERS KIRN, LLC<br>ecf@powerskirn.com<br>William M. E. Powers III<br>308 Harper Drive, Suite 210<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for Bank of America, N.A. |

| In Re: | Case No.: 22-19677-MBK |
|---|---|
| William Edward Freeman | Hearing Date: 05/24/23 |
| | Judge: Honorable Michael B. Kaplan |
| | Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

   ☒ represent the ___Creditor___ in the above captioned matter.

   ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On May 23, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Status Change Form related to document no.48.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 23, 2023

/s/ William M. E. Powers III
William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton NJ  08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Bankr.P. 9036(c)<br>     (As authorized by the court or by rule.  Cite the rule if applicable) |
| Karina Pia Lucid, Esquire<br>1065 Route 22 West<br>Suite 2B<br>Bridgewater, NJ   08807 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Bankr.P. 9036(c)<br>     (As authorized by the court or by rule.  Cite the rule if applicable) |
| William Edward Freeman<br>254 Beacon Hill Road<br>Califon NJ  07830 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other  _____<br>     (As authorized by the court or by rule.  Cite the rule if applicable) |

2