<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2023-0203

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for Bank of America, N.A.

</td></tr>
<tr><td>

In Re:

William Edward Freeman

</td><td>

Case No.:   22-19677-MBK

Hearing Date: 05/24/23

Judge:   Honorable Michael B. Kaplan

Chapter:  13

</td></tr>
</table>

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

   ☒ represent the __Creditor__ in the above captioned matter.

   ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On May 23, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Form of Order submitted- Resolving Motion to Sell..

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  May 23, 2023

/s/ William M. E. Powers III
William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton NJ 08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Bankr.P. 9036(c)<br>   (As authorized by the court or by rule. Cite the rule if applicable) |
| Karina Pia Lucid, Esquire<br>1065 Route 22 West<br>Suite 2B<br>Bridgewater, NJ 08807 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Bankr.P. 9036(c)<br>   (As authorized by the court or by rule. Cite the rule if applicable) |
| William Edward Freeman<br>254 Beacon Hill Road<br>Califon NJ 07830 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other  _____<br>   (As authorized by the court or by rule. Cite the rule if applicable) |