UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KARINA PIA LUCID, ESQ. LLC
1065 Route 22 West, Suite 2B
Bridgewater, New Jersey 08807
Tel: 908-350-7505
Email: Klucid@karinalucidlaw.com

Karina Pia Lucid, Esq. Counsel for the Debtor, William E. Freeman,

In Re:

William E. Freeman, Debtor(s)

Case No.: 22-19677
Chapter: 13
Adv. No.: n/a
Hearing Date: 5/10/23
Judge: MBK

## CERTIFICATION OF SERVICE

1. I, __Annaliesa Gubista__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Karina Pia Lucid__, who represents __William E. Freeman,__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __MAY 1, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   -Notice of Chapter 13 Plan Transmittal
   -MODIFIED PLAN
   -Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __5/1/2023__          /s/ Annaliesa Gubista
                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ALBERT RUSSO, TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650 | TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| STATE OF NEW JERSEY TRESURER<br>125 WEST STATE STREET Trenton, NJ 08608 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Schiller, Knapp, Lefkowitz & Hertzel LLP<br>950 New London Road<br>Suite 109<br>Latham, NY 12110-2100 | ATTORNEY SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pitney Hardin Kipp & Szuch LLP<br>attn: Janice Forman LA; Park Avenue at M PO Box 1945<br>Morristown, NJ 07962-1945 | ATTORNEY FOR SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| IRS/CENTRALIZED INSOLVENCY OPERATION PO Box 7346<br>Philadelphia, PA 19101 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fb&T/Mercury<br>2220 6th St<br>Brookings, SD 57006 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ATTN: MANAGING AGENT, PRESIDENT, OR OFFICER<br>Noah Bank<br>7301 Old York Road<br>Elkins Park, PA 19027 | SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ATTN: MANAGING AGENT, PRESIDENT, OR OFFICER<br>M&T Bank<br>P.O. Box 62182<br>Baltimore, MD 21264-2182 | SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ATTN: MANAGING AGENT, PRESIDENT, OR OFFICER<br>Hudson City Savings Bank<br>West 80 Century Road Paramus, NJ 07652 | SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ATTN: MANAGING AGENT, PRESIDENT, OR OFFICER<br>Bank Of America, N.A.<br>4909 Savarese Cir<br>Tampa, FL 33634 | SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*