UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Karina Pia Lucid, Esq., LLC
1065 Route 22 W
Bridgewater, New Jersey 08807
Tel: (908) 350-7505
Fax: (908) 350-4505
Attorney for Debtor(s), William E. Freeman

Karina Pia Lucid, Esq. Counsel for the debtor(s)
William E. Freeman

Order Filed on May 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
William E. Freemanm Debtor(s).

Case No.: 22-19677

Hearing Date: 05/24/2023

Chapter: 13

Judge: Michael B. Kaplan

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:    ☐ Followed    ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: May 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____254 Beacon Hill Road, Washington, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Thomas Stretton |
| Amount to be paid: | $28,350 |
| Services rendered: | Realtor for the transaction 4.5% of sales price |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

   9(a)  Bank of America, N.A.'s note and mortgage originated on 9/9/2006 for $344,900.00 and recorded on 11/29/2006 in the Morris County Clerk's Office in Book 20679 at Page 1299, is to be paid in full pursuant to a written payoff statement to be ordered before the close of escrow;
   9(b) Said payoff statement shall not have expired at the time of the closing;
   9(c) Bank of America, N.A., shall receive funds within 48 hours of the closing.

*rev.1/12/22*