| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>KARINA PIA LUCID, ESQ., LLC<br>1065 Rte. 22 West<br>Bridgewater, NJ 08807<br>Tel:    (908) 350-7505<br>Email: klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor* | |
| In Re:<br><br>William Edward Freeman<br><br><br><br>Debtor. | Case No.: 22-19677(MBK)<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

Pina Zabala, of full age, hereby certifies as follows:

1.   I am a Paralegal at the law firm of Karina Pia Lucid, Esq., LLC.

2.   This office represents the Debtor in the above-captioned Chapter 13 case.

3.   On July 10, 2023, I caused to be served the Application for Compensation of Karina Pia Lucid, Esq., LLC (the "Fee App."), and a Proposed Order ("Proposed Order") Granting the Fee App. Request, on the parties listed on the annexed service list.

I certify under penalty of perjury that the foregoing is true and correct.

KARINA PIA LUCID, ESQ., LLC


 /s/    *Pina Zabala*

Dated: July 10, 2023

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Ch 13 Trustee | ☐ Hand-delivered<br>X Regular Mail<br>☐ Certified mail/RR<br>X Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William Edward Freeman<br>254 Beacon Hill Road<br>Califon, NJ 07830 | Debtor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S Trustee | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>X  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |