UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KARINA PIA LUCID, ESQ.
1065 Route 22 West, Suite 2B
Bridgewater, NJ 08807
Tel: 908-350-7505
Email: Klucid@karinalucidlaw.com

Karina Pia Lucid, Esq. Counsel for the debtor(s), William E. Freeman

In Re:

William E. Freeman, Debtor(s)

Case No.:  22-19677

Chapter:  13

Hearing Date: 7/26/2023

Judge:  MBK

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Prior chapter 13 plan- Modified plan filed     ADDRESSING TRUSTEE OBJECTION

Date: 7/24/23

/s/ Karina Pia Lucid
Signature

*rev.8/1/15*