Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−19677−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Edward Freeman
   254 Beacon Hill Road
   Califon, NJ 07830

Social Security No.:
   xxx−xx−2346

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/23/23
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 24, 2023
JAN: mjb

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 22-19677-MBK
William Edward Freeman                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2023 | Form ID: 132 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Edward Freeman, 254 Beacon Hill Road, Califon, NJ 07830-3519 |
| sp | + | Leena R. Patel, 1065 Rte 22 West, Ste 1B, Bridgewater, NJ 08807-2960 |
| cr | + | Picatinny Federal Credit Union, c/o Maselli Warren, P.C., Attn. David Fornal, Esq, 400 Alexander Park, Suite 101 Princeton, NJ 08540-6797 |
| r | + | Thomas Stretton, Sotheby's International Realty, 68 North Finley Avenue, Basking Ridge, NJ 07920-1152 |
| 519785835 | + | Noah Bank, 7301 Old York Road, Elkins Park, PA 19027-3004 |
| 519809321 | + | Picatinny Federal Credit Union, 10 International Street South, Flanders, NJ 07836-4106 |
| 519785836 | | Pitney Hardin Kipp & Szuch LLP, attn: Janice Forman LA; Park Avenue at M, PO Box 1945, Morristown, NJ 07962-1945 |
| 519785838 | + | STATE OF NEW JERSEY TRESURER, 125 WEST STATE STREET, Trenton, NJ 08608-1101 |
| 519827967 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Jul 24 2023 20:21:00 | Brian K Jordan, ALDRIGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2023 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2023 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519785827 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 24 2023 20:20:00 | Bank Of America, N.A., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519785828 | + | Email/Text: mrdiscen@discover.com | Jul 24 2023 20:20:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519785830 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 24 2023 20:20:00 | Fb&T/Mercury, 2220 6th St, Brookings, SD 57006-2403 |
| 519785831 | + | Email/Text: camanagement@mtb.com | Jul 24 2023 20:21:00 | Hudson City Savings Bank, West 80 Century Road, Paramus, NJ 07652-1437 |
| 519785832 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 24 2023 20:21:00 | IRS/CENTRALIZED INSOLVENCY OPERATION, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519785833 | | Email/Text: camanagement@mtb.com | Jul 24 2023 20:21:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 519816008 | | Email/Text: camanagement@mtb.com | Jul 24 2023 20:21:00 | M&T Bank, c/o Schiller Knapp Lefkowitz & Hertzel, PO Box 840, Buffalo, NY 14240 |
| 519831402 | | Email/Text: bnc-quantum@quantum3group.com | Jul 24 2023 20:21:00 | Quantum3 Group LLC as agent for, Mercury |

Case 22-19677-MBK    Doc 69    Filed 07/26/23    Entered 07/27/23 00:18:59    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2023 | Form ID: 132 | Total Noticed: 20 |

Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519785829 | | Discover Credit Card |
| 519785834 | | Mercury Mastercard |
| 519785837 | ##+ | Schiller, Knapp, Lefkowitz & Hertzel LLP, 950 New London Road, Suite 109, Latham, NY 12110-2190 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David Fornal | on behalf of Creditor Picatinny Federal Credit Union dfornal@maselliwarren.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor William Edward Freeman klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Richard Gerbino | on behalf of Creditor M&T BANK rgerbino@schillerknapp.com lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |

TOTAL: 9