Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 22−19677−MBK
                          Chapter: 13
                          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Edward Freeman
   254 Beacon Hill Road
   Califon, NJ 07830

Social Security No.:
   xxx−xx−2346

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 29, 2023.

Dated: August 29, 2023
JAN: ghm

                                                      Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 22-19677-MBK
William Edward Freeman                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                                  Page 1 of 2
Date Rcvd: Aug 29, 2023                Form ID: plncf13                                         Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Edward Freeman, 254 Beacon Hill Road, Califon, NJ 07830-3519 |
| sp | + | Leena R. Patel, 1065 Rte 22 West, Ste 1B, Bridgewater, NJ 08807-2960 |
| cr | + | Picatinny Federal Credit Union, c/o Maselli Warren, P.C., Attn. David Fornal, Esq, 400 Alexander Park, Suite 101 Princeton, NJ 08540-6797 |
| r | + | Thomas Stretton, Sotheby's International Realty, 68 North Finley Avenue, Basking Ridge, NJ 07920-1152 |
| 519785835 | + | Noah Bank, 7301 Old York Road, Elkins Park, PA 19027-3004 |
| 519809321 | + | Picatinny Federal Credit Union, 10 International Street South, Flanders, NJ 07836-4106 |
| 519785836 |   | Pitney Hardin Kipp & Szuch LLP, attn: Janice Forman LA; Park Avenue at M, PO Box 1945, Morristown, NJ 07962-1945 |
| 519785838 | + | STATE OF NEW JERSEY TRESURER, 125 WEST STATE STREET, Trenton, NJ 08608-1101 |
| 519827967 |   | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Aug 29 2023 20:34:00 | Brian K Jordan, ALDRIGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Aug 29 2023 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 29 2023 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519785827 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 29 2023 20:33:00 | Bank Of America, N.A., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519785828 | + | Email/Text: mrdiscen@discover.com | Aug 29 2023 20:33:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519785830 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 29 2023 20:33:00 | Fb&T/Mercury, 2220 6th St, Brookings, SD 57006-2403 |
| 519785831 | + | Email/Text: camanagement@mtb.com | Aug 29 2023 20:34:00 | Hudson City Savings Bank, West 80 Century Road, Paramus, NJ 07652-1437 |
| 519785832 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 29 2023 20:34:00 | IRS/CENTRALIZED INSOLVENCY OPERATION, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519785833 |   | Email/Text: camanagement@mtb.com | Aug 29 2023 20:34:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 519816008 |   | Email/Text: camanagement@mtb.com | Aug 29 2023 20:34:00 | M&T Bank, c/o Schiller Knapp Lefkowitz & Hertzel, PO Box 840, Buffalo, NY 14240 |
| 519831402 |   | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2023 20:34:00 | Quantum3 Group LLC as agent for, Mercury |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 29, 2023 | Form ID: plncf13 | Total Noticed: 20 |

Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519785829 | | Discover Credit Card |
| 519785834 | | Mercury Mastercard |
| 519785837 | ##+ | Schiller, Knapp, Lefkowitz & Hertzel LLP, 950 New London Road, Suite 109, Latham, NY 12110-2190 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2023            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David Fornal | on behalf of Creditor Picatinny Federal Credit Union dfornal@maselliwarren.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor William Edward Freeman klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Richard Gerbino | on behalf of Creditor M&T BANK rgerbino@schillerknapp.com  lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 9