UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Karina Pia Lucid, Esq., LLC
1065 Route 22 West, Suite 2B
Bridgewater, NJ 08807
Tel: 908.350.7505
Email: admin@karinalucidlaw.com
*Counsel to the Debtor(s)*

**Order Filed on September 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

WILLIAM EDWARD FREEMAN,

Debtor.

Case No.:   22-19677 (MBK)

Chapter:   13

Judge:   Michael B. Kaplan

# ORDER GRANTING IN PART
# SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 20, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and the Chapter 13 Trustee having filed an Objection; and the Court having reviewed the fee application and made adjustments in its discretion, it is:

ORDERED that KARINA PIA LUCID, ESQ. LLC, the applicant, is allowed a fee of $14,880.00 for services rendered and expenses in the amount of $843.48 for a total of $15,723.48. The allowance is payable:

(1) Partially by allowing the applicant to apply the $2,375.00 applicant is currently holding in its Attorney Trust account; and
(2) Partially through the Chapter 13 plan as an administrative priority claim in the amount of available funds on hand for the Chapter 13 plan; and

The balance shall be paid through the plan.

*rev.8/1/15*

2

Case 22-19677-MBK    Doc 82    Filed 09/20/23    Entered 09/20/23 15:25:37    Desc Main
Document      Page 3 of 3