|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Karina Pia Lucid, Esq., LLC<br>1065 Route 22 West, Suite 2B<br>Bridgewater, NJ 08807<br>Tel: 908.350.7505<br>Email: admin@karinalucidlaw.com<br>*Counsel to the Debtor(s)* | Order Filed on September 20, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WILLIAM EDWARD FREEMAN,<br><br>Debtor. | Case No.: __22-19677 (MBK)__<br>Chapter: 13<br>Judge: Michael B. Kaplan |

**ORDER GRANTING IN PART**
**SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 20, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and the Chapter 13 Trustee having filed an Objection; and the Court having reviewed the fee application and made adjustments in its discretion, it is:

ORDERED that KARINA PIA LUCID, ESQ. LLC, the applicant, is allowed a fee of $14,880.00 for services rendered and expenses in the amount of $843.48 for a total of $15,723.48 . The allowance is payable:

(1) Partially by allowing the applicant to apply the $2,375.00 applicant is currently holding in its Attorney Trust account; and

(2) Partially through the Chapter 13 plan as an administrative priority claim in the amount of available funds on hand for the Chapter 13 plan; and

The balance shall be paid through the plan.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-19677-MBK

William Edward Freeman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Sep 20, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Edward Freeman, 254 Beacon Hill Road, Califon, NJ 07830-3519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David Fornal | on behalf of Creditor Picatinny Federal Credit Union dfornal@maselliwarren.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor William Edward Freeman klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Laura M. Egerman | on behalf of Creditor M&T BANK laura.egerman@mccalla.com  bkyecf@rasflaw.com;legerman@raslg.com |
| Richard Gerbino | |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Sep 20, 2023 Form ID: pdf903 Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor M&T BANK rgerbino@schillerknapp.com lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |

TOTAL: 10