| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>KARINA PIA LUCID, ESQ., LLC<br>1065 Route 22 West, Site 2B<br>Bridgewater, New Jersey 08807<br>Tel:    (908) 350-7505<br>Email: klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the debtor(s), William E. Freeman* | Order Filed on October 2, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>William Edward Freeman, Debtor(s). | Case No.: 22-19677(MBK)<br><br>Chapter 13<br><br>Judge: Honorable Michael B. Kaplan |

### ORDER ON MOTION TO AVOID MORTGAGE LIEN HELD BY CREDITOR NOAH BANK AND RECLASSIFYING CLAIM FILED BY THIS CREDITOR

The relief set forth on the following page, numbered three (3), is hereby ORDERED.

**DATED: October 2, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER, having been opened to the Court upon the motion, (the "Motion"), of the debtor, William E. Freeman (the "Debtor"), through his counsel, seeking the entry of an Order Avoiding Mortgage Lien Held by Creditor Noah Bank and Reclassifying Claim Filed by this Creditor and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the Motion is granted; and

2. The secured debt owed to creditor Noah Bank shall be deemed wholly unsecured; and

3. The lien relating to such claim is void; and

4. Any proof of claim filed by or on behalf of this creditor shall be allowed as a non-priority, general unsecured claim; and

5. A copy of the within Order shall be served upon the secured creditor and secured creditor's attorney within seven (7) days of the date of this Order.