| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Karina Pia Lucid, Esq LLC<br>1065 Rte 22, Suite 2B<br>Bridgewater, New Jersey 08807<br>Tel: 908.350.7505<br>Email:Klucid@karinalucidlaw.com<br><br>Karina Pia Lucid, Esq. Counsel for the debtor(s)<br>William E. Freeman | Case No.: 22-19677<br><br>Chapter: 13 |
| In Re:<br><br>William E. Freeman, Debtor(s) | Adv. No.: n/a<br><br>Hearing Date: n/a<br><br>Judge: MBK |

## CERTIFICATION OF SERVICE

1. I, ANNALIESA PROCANIK :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for KARINA PIA LUCID, ESQ., who represents William E. Freeman in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On October 3, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   -Order on Motion to Avoid Mortgage Lien held by Creditor, Noah Bank and Reclassifying Claim Filed by this Creditor
   -Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/3/2023                                    /S/ ANNALIESA PROCANIK
                                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ALBERT RUSSO | TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attn: Managing Agent, President, Or Officer<br>Noah Bank<br>7301 Old York Road<br>Elkins Park, PA 19027 | SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*