| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>KARINA PIA LUCID, ESQ., LLC<br>1065 Route 22 West, Site 2B<br>Bridgewater, New Jersey 08807<br>Tel:   (908) 350-7505<br>Email: klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the debtor(s), William E. Freeman* | Order Filed on October 2, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>William Edward Freeman, Debtor(s). | Case No.: 22-19677(MBK)<br><br>Chapter 13<br><br>Judge: Honorable Michael B. Kaplan |

ORDER ON MOTION TO AVOID MORTGAGE LIEN HELD BY CREDITOR NOAH BANK
AND RECLASSIFYING CLAIM FILED BY THIS CREDITOR

The relief set forth on the following page, numbered three (3), is hereby ORDERED.

**DATED: October 2, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

THIS MATTER, having been opened to the Court upon the motion, (the "Motion"), of the debtor, William E. Freeman (the "Debtor"), through his counsel, seeking the entry of an Order Avoiding Mortgage Lien Held by Creditor Noah Bank and Reclassifying Claim Filed by this Creditor and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the Motion is granted; and

2. The secured debt owed to creditor Noah Bank shall be deemed wholly unsecured; and

3. The lien relating to such claim is void; and

4. Any proof of claim filed by or on behalf of this creditor shall be allowed as a non-priority, general unsecured claim; and

5. A copy of the within Order shall be served upon the secured creditor and secured creditor's attorney within seven (7) days of the date of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
William Edward Freeman  
    Debtor

Case No. 22-19677-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 03, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Edward Freeman, 254 Beacon Hill Road, Califon, NJ 07830-3519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
     docs@russotrustee.com

David Fornal  
     on behalf of Creditor Picatinny Federal Credit Union dfornal@maselliwarren.com

Denise E. Carlon  
     on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Karina Pia Lucid  
     on behalf of Debtor William Edward Freeman klucid@karinalucidlaw.com  
     15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Laura M. Egerman  
     on behalf of Creditor M&T BANK laura.egerman@mccalla.com bkyecf@raslaw.com;legerman@raslg.com

Richard Gerbino

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Oct 03, 2023 Form ID: pdf903 Total Noticed: 1

on behalf of Creditor M&T BANK rgerbino@schillerknapp.com lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III

on behalf of Creditor Bank of America N.A. ecf@powerskirn.com

William M.E. Powers

on behalf of Creditor Bank of America N.A. ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor Bank of America N.A. ecf@powerskirn.com

TOTAL: 10