Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on November 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| William Edward Freeman, | Case No. 22-19677-MBK |
|  | Hearing Date: December 27, 2023 at 9:00 a.m. |
| Debtor. | Judge: Michael B. Kaplan |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: November 9, 2023**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor:                William Edward Freeman
Case No.:              22-19677
Caption of Order:      **CONSENT ORDER RESOLVING SECURED CREDITOR'S
                       MOTION FOR RELIEF FROM THE AUTOMATIC STAY
                       AND PROVIDING FOR CURE OF POST-PETITION
                       ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by M&T Bank ("Secured Creditor"), and William Edward Freeman ("Debtor") having filed an opposition thereto, with respect to the property known 254 Beacon Light Rd, Califon, NJ 07830 ("Property"), and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1.  The parties hereby agree that Secured Creditor has a fully secured claim in the amount of $265,642.40 (the "Secured Creditor"), with an interest rate of 5.125% per annum.

2.  Debtor shall sell the Property by December 31, 2023. If the Debtor cannot do so, Debtor shall file an amended plan no later than December 31, 2023 proposing to cure all pre and post-petition arrears owed to Secured Creditor or surrendering the Property. If Debtor fails to do the foregoing, Secured Creditor may seek stay relief based on the failure to comply with the terms of this Consent Order.

3.  Debtors are hereby notified and acknowledge that in the event that less than the full payoff amount is to be tendered at closing, such short sale is subject to Secured Creditor's review and approval.

4.  Debtor shall make adequate protection payments to Secured Creditor pending the sale of the Property in the amount of $2,787.90, beginning November 1, 2023.

5.  Debtor is hereby notified and acknowledges that the escrow payment is subject to change during the pendency of this case and that she shall adjust adequate protection payments to pay the full escrow amount in accordance with any filed payment change notice.

6.   If Debtor should default and fail to make future post-petition payments to Secured Creditor that come due during the pendency of this case for thirty (30) days from the due date, Secured Creditor's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 254 Beacon Light Rd, Califon, NJ 07830.

7.   Upon dismissal, chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Secured Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

8.   In the event Debtor does not comply with any of the above requirements, or otherwise amend this order to address treatment of Secured Creditor, then Secured Creditor may submit an order providing relief from the automatic stay without further application to the Court.

9.   Debtor shall pay attorney fees and costs for the motion for relief in the amount of $688.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor

By: /s/ Laura Egerman
        Laura Egerman

Date: 11/2/2023

Karina Pia Lucid, ESQ., LLC
Attorney for the Debtor

By: _____
        Karina Pia Lucid

Date: 11/1/2023