UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on December 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Karina Pia Lucid, Esq., LLC
1065 Route 22 West, Suite 2B
Bridgewater, NJ 08807
Tel: 908.350.7505
Email: admin@karinalucidlaw.com
*Counsel to the Debtor(s)*

| | |
|---|---|
| In Re: | Case No.:    22-19677_____ |
| | Chapter:    13 |
| William Freeman, | Judge:    Michael B. Kaplan |
| Debtor. | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 15, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that __Karina Pia Lucid, Esq. LLC_____, the applicant, is allowed a fee of $ _4,973.00_____ for services rendered and expenses in the amount of $___125.25_____ for a total of $_5,098.25_____ .  The allowance is payable:

    **X**_ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*