Order Filed on December 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Karina Pia Lucid, Esq., LLC
1065 Route 22 West, Suite 2B
Bridgewater, NJ 08807
Tel: 908.350.7505
Email: admin@karinalucidlaw.com
*Counsel to the Debtor(s)*

In Re:

  William Freeman,

Debtor.

Case No.:  22-19677

Chapter:  13

Judge:  Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 15, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that __Karina Pia Lucid, Esq. LLC_____, the applicant, is allowed a fee of $ _4,973.00_____ for services rendered and expenses in the amount of $___125.25_____ for a total of $_5,098.25_____ . The allowance is payable:

    X_ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                               Case No. 22-19677-MBK
William Edward Freeman                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                    Page 1 of 2
Date Rcvd: Dec 15, 2023                       Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William Edward Freeman, 254 Beacon Hill Road, Califon, NJ 07830-3519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed below:

**Name**              **Email Address**

Albert Russo
                      docs@russotrustee.com

David Fornal
                      on behalf of Creditor Picatinny Federal Credit Union dfornal@maselliwarren.com

Denise E. Carlon
                      on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Karina Pia Lucid
                      on behalf of Debtor William Edward Freeman klucid@karinalucidlaw.com
                      15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

Laura M. Egerman
                      on behalf of Creditor M&T BANK laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Richard Gerbino

| | |
|---|---|
| | on behalf of Creditor M&T BANK rgerbino@schillerknapp.com  lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 10