UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on April 5, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William Edward Freeman

Case No.: 22-19677

Chapter: 13

Judge: Michael B. Kaplan

REVISED
ORDER ON MOTION TO AVOID MORTGAGE LIEN HELD BY CREDITOR NOAH BANK
AND RECLASSIFYING CLAIM FILED BY THIS CREDITOR

The relief set forth on the following page is **ORDERED**.

**DATED: April 5, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER, having been opened to the Court upon the motion, (the "Motion"), of the debtor, William E. Freeman (the "Debtor"), through his counsel, seeking the entry of an Order Avoiding Mortgage Lien Held by Creditor Noah Bank and Reclassifying Claim Filed by this Creditor and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the Motion is granted; and

2. The secured debt owed to creditor Noah Bank shall be deemed wholly unsecured; and

3. The lien relating to such claim is void; and

4. Any proof of claim filed by or on behalf of this creditor shall be allowed as a non-priority, general unsecured claim; and

5. The mortgage recorded on January 2, 2014 in Book OR 22478, page 299, in Morris County is Discharged; The Morris County Clerk is authorized to Discharge the Mortgage of record; and

6. A copy of the within Order shall be served upon the secured creditor and secured creditor's attorney within seven (7) days of the date of this Order.