Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19677−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    William Edward Freeman
    254 Beacon Hill Road
    Califon, NJ 07830

Social Security No.:
    xxx−xx−2346

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       5/8/24
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Karina Pia Lucid, Debtor's Attorney

COMMISSION OR FEES
fee: $6333.00

EXPENSES
expenses: $135.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 17, 2024
JAN: dmi

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19677-MBK |
| William Edward Freeman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 17, 2024 | Form ID: 137 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Edward Freeman, 254 Beacon Hill Road, Califon, NJ 07830-3519 |
| sp | + | Leena R. Patel, 1065 Rte 22 West, Ste 1B, Bridgewater, NJ 08807-2960 |
| cr | + | Picatinny Federal Credit Union, c/o Maselli Warren, P.C., Attn. David Fornal, Esq, 400 Alexander Park, Suite 101 Princeton, NJ 08540-6797 |
| r | + | Thomas Stretton, Sotheby's International Realty, 68 North Finley Avenue, Basking Ridge, NJ 07920-1152 |
| 519785835 | + | Noah Bank, 7301 Old York Road, Elkins Park, PA 19027-3004 |
| 519809321 | + | Picatinny Federal Credit Union, 10 International Street South, Flanders, NJ 07836-4106 |
| 519785836 | | Pitney Hardin Kipp & Szuch LLP, attn: Janice Forman LA; Park Avenue at M, PO Box 1945, Morristown, NJ 07962-1945 |
| 519785838 | + | STATE OF NEW JERSEY TRESURER, 125 WEST STATE STREET, Trenton, NJ 08608-1101 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Apr 17 2024 20:39:00 | Brian K Jordan, ALDRIGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 17 2024 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 17 2024 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519785827 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 17 2024 20:38:00 | Bank Of America, N.A., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520087661 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 17 2024 20:39:00 | Bank of America Mortgage, a Division of Bank of Am, c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519785828 | + | Email/Text: mrdiscen@discover.com | Apr 17 2024 20:39:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519785830 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 17 2024 20:39:00 | Fb&T/Mercury, 2220 6th St, Brookings, SD 57006-2403 |
| 519785831 | + | Email/Text: camanagement@mtb.com | Apr 17 2024 20:40:00 | Hudson City Savings Bank, West 80 Century Road, Paramus, NJ 07652-1437 |
| 519785832 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2024 20:40:00 | IRS/CENTRALIZED INSOLVENCY OPERATION, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519785833 | | Email/Text: camanagement@mtb.com | Apr 17 2024 20:40:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 519816008 | | Email/Text: camanagement@mtb.com | | |

Case 22-19677-MBK    Doc 103    Filed 04/19/24    Entered 04/20/24 00:14:35    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2024 | Form ID: 137 | Total Noticed: 21 |

| | | Apr 17 2024 20:40:00 | M&T Bank, c/o Schiller Knapp Lefkowitz & Hertzel, PO Box 840, Buffalo, NY 14240 |
|---|---|---|---|
| 519831402 | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2024 20:40:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519827967 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 17 2024 20:39:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519785829 | | Discover Credit Card |
| 519785834 | | Mercury Mastercard |
| 519785837 | ##+ | Schiller, Knapp, Lefkowitz & Hertzel LLP, 950 New London Road, Suite 109, Latham, NY 12110-2190 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2024                      Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David Fornal | on behalf of Creditor Picatinny Federal Credit Union dfornal@maselliwarren.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor William Edward Freeman klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Laura M. Egerman | on behalf of Creditor M&T BANK laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Richard Gerbino | on behalf of Creditor M&T BANK rgerbino@schillerknapp.com lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |
| William M.E. Powers | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Apr 17, 2024 | Form ID: 137 | Total Noticed: 21

| | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
|---|---|
| William M.E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 10